■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLAN A. SMITH, Appellant. — Judgment of the County Court, Westchester County (Colabella, J.), rendered March 25, 1983, affirmed (see *People v Esajerre,* 35 NY2d 463). Weinstein, J. P., Brown, Rubin and Eiber, JJ., concur.